UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 AUG 29 AM 10: 17

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| CENTURY INTERNATIONAL ARMS, INC. )<br>and CENTURY ARMS, INC., )<br>           Plaintiffs, )<br>)<br>v. )<br>)<br>M+M, INC., )<br>           Defendant. ) | Docket No. 1:12-CV-114 |

FIRST AMENDED COMPLAINT

Plaintiffs Century International Arms, Inc., and Century Arms, Inc. (collectively "Century"), by their attorneys Gravel & Shea PC, for their Amended Complaint against M+M, Inc. ("M+M"), allege as follows:

Introduction

1.  Century is in the business of purchasing surplus firearms from overseas and, after remanufacturing them to be compliant with U.S. law, reselling them to licensed dealers and law enforcement personnel.

2.  Century has enjoyed a long-term contractual relationship with C.N. Romarm S.A. ("Romarm") and its affiliated factory, S.C. Fabrica De Arme Cugir S.A. ("FAC"), including the exclusive right to purchase certain firearms. However, Century has learned that Defendant M+M has purchased, and continues to purchase, such firearms from Romarm and FAC.

gravel &
shea   ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

3. M+M has ignored Century's demand that it stop interfering with Century's contractual relations, so Century now sues for injunctive relief, compensatory damages, and all other appropriate relief as described below.

## Parties

4. Century is a Vermont corporation, with its principal place of business in Fairfax, Vermont. Century is one of the largest importers of surplus firearms and accessories in the United States.

5. On information and belief, M+M, Inc., is a Colorado corporation, with its principal place of business in Eastlake, Colorado. M+M is a wholesale firearms dealer.

## Jurisdiction and Venue

6. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), as Century International Arms, Inc., and Century Arms, Inc., are citizens of Vermont and M+M is a citizen of Colorado. The amount in controversy is over $75,000.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

## Facts

8. On information and belief, Romarm – owned by the Romanian government – is the largest supplier of military equipment and ammunition in Romania, and exports its products to countries all over the world. Its affiliated factory, FAC, is located in Cugir, Romania.

9. For over ten years, Century has been purchasing firearms from Romarm/FAC. Century has purchased millions of dollars in firearms during that time.

10. Romarm/FAC and Century have entered into numerous contracts, annexes and addenda to those contracts, memoranda of understanding, and exclusivity agreements during


gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 2 -

their ten-year relationship. Certain of the agreements contain dispute resolution provisions, requiring Romarm/FAC and Century to participate in arbitration in Paris under international rules. Century and M+M are not parties to any such agreement.

11. Century and Romarm/FAC are currently bound by a contract numbered C2.5866 and dated March 22, 2011 (the "2011 Contract"). The 2011 Contract sets forth the rights and obligations of Century, Romarm, and FAC. Specifically, it requires FAC as manufacturer, and Romarm as seller, to supply Century with a certain number of firearms each month. In exchange, Century agreed to pay Romarm, on average, a minimum of $1.35 million per quarter, and a minimum of $350,000 per month. Century has, thus far, fulfilled its obligations under the 2011 Contract (and all previous contracts). Romarm/FAC, however, has failed to deliver the required quantity of firearms to Century under the 2011 Contract.

12. Romarm/FAC and Century also agreed to develop new products together to sell in the United States. M+M, however, is interfering; usurping these products and opportunities for itself. For example, Romarm produces a WASR-10 Rifle, which is in the AK family of rifles. Century designed and owns a modification of the WASR-10 Rifle called the GP/WASR-10/63 KR Rifle, which complies with United States' firearms laws and is manufactured exclusively by Romarm/FAC. One of the stylistic modifications made by Century was to merge the front sight and gas block mechanism, shifting the front sight to the middle of the barrel. M+M is currently selling in the United States an "M-10" rifle, which shares this unique modification and – with the exception of a few aftermarket aesthetic changes – is almost identical to the uniquely modified rifle created by Century. The three rifles are shown below:

gravel &
shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 3 -



13. In addition to the 2011 Contract, Century Arms, Inc. and Romarm/FAC entered into a Business Promotion and Protection Agreement (the "BPPA") on March 23, 2010, which operates like an exclusivity contract. Under the BPPA, the parties agreed to be loyal to each other and work together to promote the sale of Romanian firearms and accessories in the United States.

14. Specifically, the BPPA prohibits Romarm/FAC from selling the items covered by the agreement to other companies who would distribute them in the United States.

15. However, at least part of the reason Romarm/FAC is not satisfying the 2011 Contract's requirements is that it is violating the BPPA by selling firearms to M+M.

16. On information and belief, Romarm/FAC has already supplied M+M with 12,405 firearms and accessories in the last eighteen months and has agreed to supply M+M with an

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 4 -

additional 24,000 firearms and accessories from August through February of 2013. M+M, in turn, is selling these firearms and accessories in the United States.

17. Century is entitled to all of those firearms and accessories under the BPPA and the 2011 Contract. M+M's usurping of these firearms and accessories has deprived Century of millions of dollars in revenue and close to $2 million in profit in the last twelve months. If M+M receives shipment of the remaining 24,000 firearms and accessories through February 2013, Century's lost profits will more than double.

18. At the same time that Romarm and FAC have been selling these firearms to M+M, they have not been filling the orders required by the 2011 Contract, failing to deliver over 25,000 firearms and accessories to Century during the first year of the 2011 Contract.

19. As a result of M+M's interference with its contracts with Romarm/FAC, Century has been unable to fill its customers' orders, harming Century's reputation and crippling its ability to meet demand.

20. These actions caused, and continue to cause, Century significant damage. Century has invested substantial money and time into developing a market for Romanian firearms in the United States. In addition, these lost sales represent tangible lost revenue for Century.

21. By letter dated September 2, 2011, Century formally notified M+M of the exclusivity agreement with Romarm/FAC, and that M+M's purchase of certain firearms from Romarm was interfering with Century's contracts and business. *See* Exhibit A. M+M replied by letter on September 7, 2011, stating that it would take Century's letter "into consideration." *See* Exhibit B. M+M continued to interfere with the 2011 Contract and the BPPA.


gravel & shea
ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

22.     M+M was aware of Century's exclusive relationship with Romarm and FAC prior to the September 2, 2011 letter.  Since at least May of 2011, M+M has been actively working to disrupt Century's relationship with Romarm and advising Romarm to violate its agreements with Century.  *See* Exhibit C.

23.     M+M continues its wrongful acts which, upon information and belief, are being facilitated in whole or in part by two foreign companies, InterOrdinance Austria and CIT Bahamas.  In a recent editorial in the Romanian newspaper Cotidianul, a Romanian Member of Parliament accused Romarm's leadership of criminal activity related to its dealings with InterOrdinance Austria, CIT Bahamas, and M+M.  Plaintiffs are not yet in a position to make additional allegations in this regard, but upon information and belief, believes that discovery (and/or additional investigation) will reveal further wrongful conduct, some of which may be beyond the scope of this action.

## Tortious Interference with Contract

24.     Century repeats and reavers each and every one of the foregoing allegations as though fully set forth herein.

25.     Valid contracts exist between Century and Romarm/FAC.

26.     M+M knows that such valid contracts exist between Century and Romarm/FAC.

27.     M+M is aware that Century is, by contract, to be the exclusive purchaser of certain firearms and accessories from Romarm/FAC, and that Romarm/FAC is prohibited from supplying certain firearms and accessories to any other company that would sell them in the United States.



gravel &
shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

28. M+M is aware that by purchasing firearms and accessories from Romarm and FAC, it is intentionally and improperly causing Romarm and FAC not to perform under its contracts with Century.

29. M+M's purchase of certain firearms and accessories is causing Romarm and FAC to be in breach of its contracts with Century.

30. As a result, Century is being irreparably harmed and is suffering damages in an amount to be determined at trial, but in no event less than $4 million.

31. Because the tortious interference is willful and wanton, Century is entitled to an award of punitive damages in an amount to be determined at trial.

WHEREFORE, Plaintiffs respectfully request that judgment be entered in their favor for the following relief:

   a. awarding them monetary damages in an amount to be determined at trial, but in no event less than $4,000,000;

   b. awarding them punitive damages in an amount to be determined at trial;

   c. awarding them costs and disbursements, including reasonable attorney's fees; and

   d. awarding such other and further legal and equitable relief that this Court deems just and proper.

gravel & shea
ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 7 -

## JURY DEMAND

**Plaintiffs demand trial by jury of all issues so triable.**

Dated:  Burlington, Vermont
August 29, 2012

_____
Andrew D. Manitsky, Esq.
Navah C. Spero, Esq.*
Gravel & Shea PC
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
amanitsky@gravelshea.com
nspero@gravelshea.com
For Plaintiffs

---

* Admitted in Vermont, not admitted in District of Vermont

gravel &
shea  ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

- 8 -