

GRAVEL AND SHEA PC
Attorneys at Law

76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

Telephone  802.658.0220
Facsimile  802.658.1456
www.gravelshea.com

September 2, 2011

Writer's E-Mail:
amanitsky@gravelshea.com

**VIA FEDERAL EXPRESS**

Mr. Michael Meier
M+M LLC ("M+M")
915 East 128th Court
Thornton, CO 80241

Re:  Century International Arms, Inc. / Century Arms, Inc. (collectively, "Century")

Dear Mr. Meier:

This law firm represents Century. As you know, we copied you on our letter dated August 9, 2011 to C.N. ROMARM S.A. ("ROMARM") regarding ROMARM's breach of certain agreements, including a "Business Promotion and Protection Agreement" dated March 23, 2010 (the "BPPA") and Contract No. C2.5866 dated March 22, 2011 (the "5866 Contract"). I am writing because we have not received a response from you.

You were copied on that letter because M+M's dealings (whether direct or indirect) with ROMARM in violation of ROMARM's agreements with Century may expose M+M to liability, under claims of tortious interference with contract, among others. Please be advised that ROMARM has not denied that it has had such dealings; rather, it has issued only a vague denial of liability, which, to us, suggests wrongdoing. We are following up with ROMARM (and making clear that damages have accrued with respect to additional contracts as well). We hope to reach a sensible resolution.

In the meantime, however, the silence from M+M is troubling. Please understand that we are interested in candid (and confidential) communication and an amicable business solution. However, if we do not hear from you by September 12, 2011, we will assume that you do not share that interest.

GRAVEL AND SHEA

Mr. Michael Meier                                                                          September 2, 2011
                                                                                                              Page 2

    *The foregoing is without waiver of my client's rights and remedies, all of which are expressly reserved.*

                                                        Very truly yours,

                                                        GRAVEL AND SHEA PC

                                                        Andrew D. Manitsky

ADM:lbb