

**M + M Inc.**
PO Box 639
Eastlake, CO 80614
303-317-3638 ofc
888-236-2619 fax
www.cogunsales.com

September 7, 2011

Via email: amanitsky@gravelshea.com

Gravel and Shea PC
Attn: Andre Manitsky
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

Dear Mr. Andrew Manitsky,

We are in receipt of your letters dated August 9th and September 2nd in reference to, "Century International Arms, Inc./Century Arms, inc.".

We will take your letters into consideration.

Regards,

Scott L. Shires
CFO
M + M, Inc.