```
-----Mesaj original-----
De la: Oliver Wiegand [mailto:oliverwiegand@msn.com]
Trimis: Sunday, August 21, 2011 11:17 PM
Către: Export; Vasile Marius Crisan; Michael Meier; Ion Ciucan
Subiect: ***SPAM***EXPOMIL 2011
```

"Dear Sirs,

following up with the discussing held in June, we herewith kindly inform you that we gladly meet you at the EXPOMIL in Bucharest for discussions as well as for inspections in FAC in the time from the 18.09 to the 24.09.2011

We therefore await your official invitation and kindly ask you to inform FAC that we would like to inspect all the items necessary to be delivered in September together with the new line of calibers ( 545,556,308), as well as the already known 762 model in the time from the 19.09 to the 21.09.2011 in Cugir.

The scope of discussions to be held at EXPOMIL between M&M LLC USA, IO Austria, CIT Bahamas & ROMARM, we would be a much closer cooperation, in the field of new products, technology transfer, training of leading personal, government contracts as well as evaluating the possibilities of a joint venture in order to enable FAC, UMC and other Romanian Defense Factories to be a key supplier of the US Department of Defense, other US Government entities
and for civilian markets, also known as offset business.
We are expressing our will to develop a cooperation between Romania, USA and the European Union and to be on the same position with the other customers of
ROMARM for the same markets. This can secure success of everybody on all free markets and can create flexibility of production for ROMARM.
For example, it is clearly understood that an exposure on a single customer for market like the U.S. can create a lot of damages to your company, in case of
some unexpected disruptions in bi-lateral cooperation.

It will be very useful if ROMARM could assist us to establish a presence in Romania for joint venture projects in a way, which will conclude a cooperation with very good results for all the parties involved.

Therefore, we herewith kindly ask you, again, when you will have the 3(three) samples of the "PG" rifles ready so that they can be send to BATF for evaluation.
Also, we requested previously an offer for the conversion of normal AKM into single stack rifles in a qty of 27.000 units, but have not heard back from you on this matter, so far.

Looking forward to hearing from you.

Best regards,

Oli Wiegand

1